# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00687-CV

**In re FIA Card Services, N.A. f/k/a MBNA America Bank, N.A.**

## ORIGINAL PROCEEDING FROM CALDWELL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator FIA Card Services has filed a motion requesting that its petition for writ of mandamus be dismissed. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the petition.

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Filed: May 28, 2009